The People of the State of Illinois, defendant in error, v. John Doe, otherwise known as I. G. Lain, plaintiff in error. Gen. No. 7,832.

Opinion filed August 8, 1928.

Hall & Hulse and Hall, Martin, Hoose & Depew, for plaintiff in error. Ashbel V. Smith, State's Attorney, for defendant in error; Sidney H. Block, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.